U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Michael Teal

vs.

District of Columbia, et al.

No. 1:06CV01702 GK

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, DANIEL F. PORTNOY, having been duly authorized to make service of the Summons and Complaint in the above entitled case, hereby depose and say:

That my date of birth / age is 11-26-1971.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 4:15 pm on October 5, 2006, I served The Mayor of the District of Columbia, Office of the Secretary at 1350 Pennsylvania Avenue, NW, Suite 419, Washington, DC 20004 by serving Tabitha Braxton, authorized to accept. Described herein:

```
SEX-     FEMALE
AGE-     35
HEIGHT-  5'4"
HAIR-    BLACK
WEIGHT-  130
RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on 10-6-06
Date

DANIEL F. PORTNOY
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 177751

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Michael Teal
1228 Kirby Street, N.W.
Washington, DC 20001,

        Plaintiff,

V.

District of Columbia and District of Columbia Metropolitan
Police Department Officers John Doe 1-3,

        Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:06CV01702
Judge Gladys Kessler

TO: (Name and address of Defendant)

The Mayor of the District of Columbia
Office of the Secretary
Tabatha Braxton
John A. Wilson Building, Suite 419
1350 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David E. Kendall
Kenneth J. Brown
John A. Ploumitsakos
Williams & Connolly LLP
725 12th Street, N.W.
Washington, D.C. 20005

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**                             10/4/2006
CLERK                                                     DATE

(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Michael Teal

vs.

District of Columbia, et al.

No. 1:06CV01702 GK

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, DANIEL F. PORTNOY, having been duly authorized to make service of the Summons and Complaint in the above entitled case, hereby depose and say:

That my date of birth / age is 11-26-1971.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 3:03 pm on October 5, 2006 I served Darlene Fields, Office of Attorney General, for the District of Columbia at 441 4th Street, NW, 6th Floor South, Washington, DC 20001 by serving Darlene Fields, personally. Described herein:

```
SEX-     FEMALE
AGE-     40
HEIGHT-  5'6"
HAIR-    BLACK
WEIGHT-  160
RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on 10/6/06
         Date

DANIEL F. PORTNOY
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 177754

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Michael Teal
1228 Kirby Street, N.W.
Washington, DC 20001,

        Plaintiff,

V.

District of Columbia and District of Columbia Metropolitan
Police Department Officers John Doe 1-3,

        Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:06CV01702
Judge Gladys Kessler

TO: (Name and address of Defendant)

Darlene Fields
Office of the Attorney General for the District of Columbia
441 4th Street, N.W.
6th Floor South
Washington, D.C. 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David E. Kendall
Kenneth J. Brown
John A. Ploumitsakos
Williams & Connolly LLP
725 12th Street, N.W.
Washington, D.C. 20005

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**      10/4/2006

CLERK                                    DATE

(By) DEPUTY CLERK