UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL TEAL,** | : |
| **Plaintiff,** | : Case Number 06-1702 (GK) |
| v. | : |
| **DISTRICT OF COLUMBIA,** *et al.*, | : |
| **Defendants.** | : |

**DISTRICT OF COLUMBIA'S CONSENT MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

The District of Columbia, by and through counsel, pursuant Fed. R. Civ. P. 6 (b), moves for an extension of time to respond to plaintiff's complaint. Defendant requests a thirty-day extension until November 24, 2006, to respond to the complaint. Pursuant to LCvR 7 (m), undersigned counsel conferred with counsel for the plaintiff by telephone on October 25, 2006. Plaintiff's counsel consents to this motion.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____
NICOLE L. LYNCH [471953]
Chief, General Litigation Section II
441 4th Street, N.W.
Washington D.C. 20001
(202) 442-9848
nicole.lynch@dc.gov

1

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL TEAL,**<br><br>    **Plaintiff,**<br><br>  v.<br><br>**DISTRICT OF COLUMBIA,** *et al.*,<br><br>    **Defendants.** | Case Number  06-1702 (GK) |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE DISTRICT OF COLUMBIA'S CONSENT MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

On October 2, 2006, plaintiff filed this case against the District of Columbia and District of Columbia Metropolitan Police Department Officers John Does 1-3 alleging he was assaulted while detained at the Central Cellblock. Plaintiff has filed an affidavit of service indicating that Ms. Tabatha Braxton, a designee of the Mayor of the District of Columbia, was served with the summons and complaint on October 5, 2006. However, undersigned counsel has recently received this case and has not been able to confirm with Ms. Braxton whether she was in fact properly served with the summons and complaint. As such, additional time is needed for undersigned counsel to confirm that service of process was properly conducted upon a designee of the Mayor of the District of Columbia.[1]

The District of Columbia also requests this short extension of time to enable undersigned counsel to locate all relevant documents in this case to enable the District of Columbia to file a responsive pleading to the complaint. This investigation will also enable the District of Columbia to identify the officers that were on-duty during the time that plaintiff was allegedly assaulted at the Central Cellblock. Undersigned counsel will provide this information to

2

plaintiff's counsel as soon as possible. This short extension will not cause any unfair prejudice to any party. Fed. R. Civ. P. 6(b) permits the Court to extend the specified period during which an act may be done.

WHEREFORE, the District of Columbia respectfully requests an extension of time to respond to the complaint to November 24, 2006.

    Respectfully submitted,

    ROBERT J. SPAGNOLETTI
    Attorney General for the District of Columbia


    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division



    _____
    NICOLE L. LYNCH [471953]
    Chief, General Litigation Section II
    441 4th Street, N.W.
    Washington D.C. 20001
    (202) 442-9848
    nicole.lynch@dc.gov

---

[1] The District of Columbia does not waive proper service of the summons and complaint by filing this motion for an extension of time to respond to plaintiff's complaint.

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL TEAL,**<br><br>　　　　**Plaintiff,**<br>v.<br><br>**DISTRICT OF COLUMBIA,** *et al.*,<br><br>　　　　**Defendants.** | Case Number 06-1702 (GK) |

## ORDER

Upon consideration of the District of Columbia's Consent Motion to Extend Time to Respond to Plaintiff's Complaint, the memorandum of points and authorities in support thereof, and the record herein, it is, by this Court this _____ day of _____, 2006;

ORDERED that the motion is hereby granted; and

ORDERED that the District of Columbia has until November 24, 2006 in which to respond to plaintiff's complaint.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Judge Kessler
　　　　　　　　　　　　　　　　United States District Court for the District of Columbia