UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MICHAEL TEAL, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 06-1702 (GK) |
| | : | |
| DISTRICT OF COLUMBIA, *et al.*, | : | |
| | : | |
| Defendants. | : | |

### ORDER

Upon consideration of Defendant District of Columbia's Motion to Stay These Proceedings, or Alternatively, for a Protective Order Staying Discovery, the Memorandum of Points and Authorities, and the Opposition thereto, it is this 21st day of December, 2006, hereby

**ORDERED** that Defendant District of Columbia's Motion to Stay, or Alternatively, for a Protective Order Staying discovery is **granted** until March 30, 2007; and it is further

**ORDERED** that the granting of the Motion is conditioned upon Defendant District of Columbia filing a Praecipe no later than January 15, 2007, that it will waive any statute of limitations defense against Officers John Doe 1-3, and it is further

**ORDERED** that a status hearing will be held on **March 21, 2007 at 10:00 a.m.**

                                     /s/
                                     Gladys Kessler
                                     United States District Judge

**Copies via ECF to all counsel of record**