**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Michael Teal<br>1228 Kirby Street, N.W.<br>Washington, DC 20001,<br><br>    Plaintiff,<br><br>v.<br><br>District of Columbia and District of Columbia Metropolitan Police Department Officers John Doe 1-3,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:06-cv-1702-GK<br>)<br>) JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF ENTRY OF APPEARANCE OF JOSEPH A. RILLOTTA

       Plaintiff Michael Teal hereby notifies the Court of the entry of appearance of Joseph A. Rillotta of Williams & Connolly LLP as a counsel of record in the above-captioned matter. Mr. Rillotta's entry of appearance complies with the requirements of Local Civil Rule 83.6(a). William E. McDaniels and Kenneth J. Brown of Williams & Connolly LLP remain counsel of record for Plaintiff as well.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____/s/_____
   William E. McDaniels
     (D.C. Bar # 052373)
   Kenneth J. Brown
     (D.C. Bar # 486630)
   Joseph A. Rillotta
     (D.C. Bar # 492852)

725 12th Street, N.W.
Washington, D.C. 20005
(202) 434-5000
(202) 434-5029 (fax)

*Attorneys for Plaintiff Michael Teal*

Dated: February 21, 2007

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing NOTICE OF ENTRY OF APPEARANCE OF JOSEPH A. RILLOTTA was served via electronic case filing on this 21st day of February, 2007, upon the following:

> Toni Michelle Jackson, Esq.
> Nicole L. Lynch, Esq.
> Office of the Attorney General for the District of Columbia
> 441 Fourth Street, NW
> Washington, DC 20011

                                                                  /s/
                                        Joseph A. Rillotta
                                        D.C. Bar No. 492852