# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Michael Teal ) | |
| 1228 Kirby Street, N.W. ) | |
| Washington, DC 20001, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 1:06-cv-1702-GK |
| v. ) | |
| ) | JURY TRIAL DEMANDED |
| District of Columbia and District of Columbia ) | |
| Metropolitan Police Department Officers John ) | |
| Doe 1-3, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF SETTLEMENT AND
## JOINT MOTION TO STAY ALL PROCEEDINGS

Plaintiff Michael Teal and Defendant the District of Columbia, by and through their undersigned counsel, hereby inform the Court that the parties have agreed on the terms of a settlement in this case. This settlement shall take effect upon Mr. Teal's receipt of payment in full from the District, a process that the District says will take approximately 6-8 weeks. Upon receiving this payment, Mr. Teal will dismiss this action with prejudice.

In light of these developments, the parties jointly request that all proceedings in this case – including the hearing scheduled for March 21, 2007 – be stayed pending the anticipated dismissal of this case upon Mr. Teal's receipt of the District's payment. Mr. Teal proposes that he shall promptly notify the Court in the unlikely event that payment is not received within the above timeframe.

2

Respectfully submitted,

| | |
|---|---|
| WILLIAMS & CONNOLLY LLP | LINDA SINGER<br>Acting Attorney General |
| By: _____/s/_____<br>    William E. McDaniels<br>    (D.C. Bar # 052373)<br>    Kenneth J. Brown<br>    (D.C. Bar # 486630)<br>    Joseph A. Rillotta<br>    (D.C. Bar # 492852) | GEORGE C. VALENTINE<br>Deputy Attorney General<br>Civil Litigation Division<br><br>_____/s/_____<br>NICOLE L. LYNCH (471953)<br>Chief, General Litigation Section II |
| 725 12th Street, N.W.<br>Washington, D.C. 20005<br>(202) 434-5000<br>(202) 434-5029 (fax) | _____/s/_____<br>TONI MICHELLE JACKSON (453765)<br>Assistant Attorney General<br>441 Fourth Street, N.W. Suite 6S052<br>Washington, D.C. 20001<br>(202) 724-6602<br>(202) 727-3625 (fax) |
| *Attorneys for Plaintiff Michael Teal* | *Attorneys for Defendant the District of Columbia* |

Dated: March 12, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing NOTICE OF SETTLEMENT AND JOINT MOTION TO STAY ALL PROCEEDINGS was served via electronic case filing on this 12th day of March 2007, upon the following:

>Toni Michelle Jackson, Esq.
>Nicole L. Lynch, Esq.
>Office of the Attorney General for the District of Columbia
>441 Fourth Street, NW
>Washington, DC 20011

/s/
Kenneth J. Brown
D.C. Bar No. 486630