**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **MICHAEL TEAL**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1702 (GK) |
| ) | |
| **DISTRICT OF COLUMBIA**, ) | |
| <u>et al.</u>, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

This matter is before the Court on the parties' Notice of Settlement and Joint Motion to Stay All Proceedings [Dkt. No. 11]. Upon consideration of the Joint Motion, as well as the entire record herein, it is hereby

**ORDERED** that the parties' Joint Motion to Stay All Proceedings [Dkt. No. 11] is **granted.** The parties shall file a <u>praecipe</u> no later than **May 25, 2007** informing the Court of the status of the settlement. If the parties fail to file a <u>praecipe</u> on or before that date, the case will be dismissed.

March 12, 2007

/s/
Gladys Kessler
United States District Judge

<u>Copies to</u>: **attorneys on record via ECF**