**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Michael Teal<br>1228 Kirby Street, N.W.<br>Washington, DC 20001,<br><br>　　Plaintiff,<br><br>　　v.<br><br>District of Columbia and District of Columbia<br>Metropolitan Police Department Officers John<br>Doe 1-3,<br><br>　　Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:06-cv-1702-GK<br>)<br>)　JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>)<br>) |

**PRAECIPE AND NOTICE OF DISMISSAL WITH PREJUDICE**

Plaintiff Michael Teal and Defendant the District of Columbia, by and through their undersigned counsel, hereby inform the Court that on April 19, 2007, Williams & Connolly LLP received on behalf of Mr. Teal payment of the full settlement in this case. As such, the parties hereby request that this case be dismissed with prejudice.

Respectfully submitted,

| WILLIAMS & CONNOLLY LLP | LINDA SINGER |
|---|---|
| | Acting Attorney General |

By: _____/s/_____
    William E. McDaniels                GEORGE C. VALENTINE
    (D.C. Bar # 052373)                  Deputy Attorney General
    Kenneth J. Brown                     Civil Litigation Division
    (D.C. Bar # 486630)
    Joseph A. Rillotta
    (D.C. Bar # 492852)                 _____/s/_____
                                           NICOLE L. LYNCH (471953)
    725 12th Street, N.W.               Chief, General Litigation Section II
    Washington, D.C. 20005
    (202) 434-5000                        _____/s/_____
    (202) 434-5029 (fax)               TONI MICHELLE JACKSON (453765)
                                           Assistant Attorney General
*Attorneys for Plaintiff Michael Teal*      441 Fourth Street, N.W. Suite 6S052
                                           Washington, D.C. 20001
                                           (202) 724-6602
                                           (202) 727-3625 (fax)

                                           *Attorneys for Defendant the District of Columbia*

Dated: April 20, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing PRAECIPE AND NOTICE OF DISMISSAL WITH PREJUDICE was served via electronic case filing on this 20th day of April 2007, upon the following:

>Toni Michelle Jackson, Esq.
>Nicole L. Lynch, Esq.
>Office of the Attorney General for the District of Columbia
>441 Fourth Street, NW
>Washington, DC 20011

_____/s/_____
Kenneth J. Brown
D.C. Bar No. 486630